✎AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

_____ EASTERN _____ **District of** _____ CALIFORNIA _____

KATHERINE B. CASTELLON,
            Plaintiff

        V.

COMMISSIONER of SOCIAL SECURITY,
           Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE      1:11-AT-00570

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>  GRANTED.

    <u>X</u>  The clerk is directed to file the complaint.

    <u>X</u>  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this   <u>8th</u>   day of   <u>September</u>  ,   <u>2011</u>  .

_____
      /s/ Sandra M. Snyder
    Signature of Judicial Officer

<u>SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE</u>
    Name and Title of Judicial Officer