Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff KATHERINE B. CASTELLON

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE B. CASTELLON, | Case No. 1:11-cv-01526-SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | (Doc. 12) |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 31 day extension of time, to and including May 28, 2012, in which to file plaintiff's opening brief.

///
///
///
///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented and because of additional duties in training new staff.

DATE: April 26, 2012                Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Katherine B. Castellon


DATE:  April 26, 2012                BENJAMIN B. WAGNER
United States Attorney

/s/ *David Lerch**

BY: _____
David Lerch
Special Assistant United States Attorney
Attorneys for defendant Michael Astrue
|*authorized by e-mail|


## ORDER

GOOD CAUSE APPEARING, Plaintiff's opening brief is now due on or before **May 28, 2012**.  All other dates are extended in accordance herewith.



IT IS SO ORDERED.

Dated:   **April 30, 2012**              _____/s/ Sandra M. Snyder_____
UNITED STATES MAGISTRATE JUDGE

-2-