Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Katherine B. Castellon

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KATHERINE B. CASTELLON, | Case No.: 1:11-cv-01526-SMS |
| Plaintiff, | **ORDER OF DISMISSAL** (Doc. 16) |
| vs. | **ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal filed June 4, 2012, the above-captioned matter is HEREBY DISMISSED, with prejudice, each party to bear its own fees, costs, and expenses. The Clerk of Court is directed to administratively CLOSE this case.

IT IS SO ORDERED.

Dated: **June 6, 2012**           **/s/ Sandra M. Snyder**
                                 UNITED STATES MAGISTRATE JUDGE